CLEMONS, Appellant, v. P & J CONTRACTING COMPANY, INC., Respondent: DAVIS, Defendant.*

*No. 261. Submitted March 1, 1973.—Decided March 27, 1973.*
(Also reported in 205 N. W. 2d 164.)

For the appellant the cause was submitted on the brief of *Frisch, Dudek, Slattery & Denny,* attorneys, and *Robert D. Scott* of counsel, all of Milwaukee.

For the respondent the cause was submitted on the brief of *Kluwin, Dunphy, Hankin & Hayes* of Milwaukee.

PER CURIAM. This case is controlled by *Huckstorf v. Vince L. Schneider Enterprises* (1968), 41 Wis. 2d 45, 163 N. W. 2d 190. When a piece of construction equipment is leased to another and the lessor agrees to supply an operator, and the operator is to take directions from

---

* Motion for rehearing denied, with costs, on June 5, 1973.

the lessee or his employees, the only question is whether the operator actually or impliedly consented to work for a special employer. Silence when the work continues over a substantial period of time constitutes consent. The crane operator in this case was engaged in work for the general contractor rather than his usual employer, P & J Contracting Company, Inc., over a period of forty-seven days. He was silent during that entire time. As a matter of law, he was an employee of the general contractor, loaned by P & J Contracting Company, Inc.

The judgment is affirmed.